IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARMAAL LARONDE SMITH,

     Plaintiff,   Case No. 2:07-cv-00964 ALA (P)

    vs.

LEANN CRONES, et al.,

     Defendants.   ORDER
_____/

    Plaintiff Jarmaal Smith is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

    Pursuant to 28 U.S.C. § 1915A(a), this Court dismissed Defendants Crones and Felker from the instant lawsuit, but found that Plaintiff presented colorable claims as to Defendants Norton and Simmerson. (Doc. 7). This Court also provided Plaintiff the opportunity to file an Amended Complaint within 35 days of its February 12, 2008 order. *Id.* Plaintiff did not file an Amended Complaint. Plaintiff is hereby ordered to complete and file the necessary forms and related documents (referenced below), no later than October 8, 2008, so that service on Defendants may be effectuated. Failure to comply with this Court's order may result in dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *see also Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a

case for lack of prosecution.").

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following Defendants Norton and Simmerson.

2. The Clerk of the Court shall send Plaintiff 2 USM-285 forms, one summons, an instruction sheet, and a copy of Plaintiff's Complaint. (Doc. 1);

3. Plaintiff shall complete the attached Notice of Submission of Documents, and file the following documents on or before October 8, 2008:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each Defendant named above; and

    d. Three copies of the endorsed Complaint sent to you by the Clerk of the Court. (Doc. 1).

4. Plaintiff need not to attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, this Court will direct the United States Marshal to serve the above-named Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure.

/////

DATED: September 3, 2008

/////

                                                    /s/ Arthur L. Alarcón  
                                                    UNITED STATES CIRCUIT JUDGE  
                                                    Sitting by Designation