IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARMAAL LARONDE SMITH,

      Plaintiff,               Case No. 2:07-cv-00964 ALA (P)

    vs.

LEANN CRONES, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff Jarmaal Smith ("Mr. Smith") is a state prisoner proceeding *pro se* in this civil rights actions pursuant to 42 U.S.C. § 1983. On September 3, 2008, this Court dismissed Defendants Crones and Felker from this action, and ordered Mr. Smith to file the requisite documents to effectuate service on the remaining Defendants: Norton and Simmerson. (Doc. 9).

      Mr. Smith requested an extension of time to file the ordered documents. (Doc. 10). Good cause appearing, Mr. Smith's request will be granted. Mr. Smith also asked this Court if he should have received a Notice of Submission of Documents Form. (Doc. 10). Attached to this Order is a Notice of Submission of Documents Form that must be completed and returned with the other documents received from the Clerk of the Court.

      Accordingly, IT IS HEREBY ORDERED that

          1. Mr. Smith's request for an extension to comply with this Court's Order (Doc. 9) be GRANTED;

2. Mr. Smith complete and file on or before October 24, 2008: (1) the attached Notice of Submission of Documents Form, (2) one summons, and (3) two USM-285 Forms (one for Defendant Norton and the other for Defendant Simmerson);

3. Mr. Smith also file on or before October 24, 2008, three (3) copies of the endorsed Complaint, sent to by the Clerk of Court;  and

4. The Clerk of Court amend the short case title to reflect that Mr. Crones and Mr. Felker are dismissed from this action.

////

DATED: September 29, 2008

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARMAAL LARONDE SMITH,

      Plaintiff,                     Case No. 2:07-cv-00964 ALA (P)

    vs.

LEANN CRONES, et al.,

      Defendants.               <u>NOTICE OF SUBMISSION</u>

_____/       <u>OF DOCUMENTS</u>

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____ .

      One      completed summons

      ___      completed USM-285 forms

      ___      copies of the _____
                                Complaint/Amended Complaint

DATED:

                                                    _____
                                                    Plaintiff