IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARMAAL LARONDE SMITH,

        Plaintiff,              Case No. 2:07-cv-00964  ALA (P)

    vs.

LEANN CRONES, et al.,

        Defendants.        ORDER

_____/

    Plaintiff Jarmaal Smith is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff also proceeds *in forma pauperis* pursuant to 28 U.S.C. § 1915.

    Pursuant to 28 U.S.C. § 1915A(a), this Court dismissed  Defendants Crones and Felker from the instant lawsuit, but found that Plaintiff presented colorable claims as to Defendants Norton and Simmerson. (Doc. 7).  This Court also provided Plaintiff the opportunity to file an Amended Complaint within 35 days of its February 12, 2008 order.  *Id.*  Plaintiff did not file an Amended Complaint.

    Plaintiff was ordered to complete and file: Notice of Submission of Documents; a completed summons; a completed USM-285 form for <u>each</u> Defendant named above; and three (3) copies of the endorsed Complaint by the Clerk of the Court. (Doc. 9). On October 14, 2008,

Plaintiff filed the required documents.  (Doc. 14).

    Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) One completed and issued summons for each defendant to be served;

    (2) One completed USM-285 form for each defendant to be served;

    (3) One copy of the complaint filed on May 23, 2007 for each defendant to be served, plus an extra copy for the Marshal;

    (4) One copy of this order for each defendant to be served, plus an extra copy for the Marshal; and,

    (5) One copy of the court's consent form for each defendant to be served.

2. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):  Defendants Edward Simmerson and Scott Norton  pursuant to Rule 4 of the Federal Rules of Civil Procedure, without pre-payment of costs.

3. The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

4. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

    a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.  § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order.  The United States Marshal shall

maintain the confidentiality of all information provided by the CDC pursuant to this order.

b. Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6. In the event that defendants make an appearance in this action by filing an answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve those defendants.

7. In the event that defendants either waive service or are personally served, defendants are required to reply to the complaint. 42 U.S.C. §1997e(g)(2).

8. This Court's order dated October 16, 2008, erroneously directing the U.S. Marshals Service to serve Defendants Crones and Felker, who have been dismissed from this action, is hereby VACATED. (Doc. 15).

/////

DATED: October 27, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation