1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JARMAAL LARONDE SMITH,

11              Plaintiff,              Case No. 2:07-cv-00964  ALA (P)

12        vs.

13   LEANN CRONES, et al.,

14              Defendants.            ORDER

15   _____/

16        Plaintiff Jarmaal Smith is a state prisoner proceeding *pro se* in this civil rights action

17   pursuant to 42 U.S.C. § 1983.   Plaintiff also proceeds *in forma pauperis* pursuant to 28 U.S.C.

18   § 1915.

19        On October 27, 2008, this Court directed the United States Marshal to notify Defendants

20   Edward Simmerson and Scott Norton of the commencement of this action and to request a

21   waiver of service in accordance with the provisions of Rule 4(d) of the Federal Rules of Civil

22   Procedure and 28 U.S.C. § 566(c).  (Doc. 16).  The Court ordered the United States Marshal to

23   file returned waivers of service as well as any requests for waivers of service that are returned as

24   undelivered as soon as they are received.  *Id.*  As of January 7, 2009, the docket report reflects

25   that the United States Marshal has not filed an executed or unexecuted waiver of service for

26   either Defendant.

In its October 27, 2008 order, this Court further ordered that "[i]f a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall personally serve process upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.  § 566(c) and shall command all necessary assistance from the California Department of Corrections and Rehabilitation (CDCR) to execute this order." (*Id.*).  The prescribed sixty day time parameter has elapsed.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States Marshal personally serve process and a copy of this Court's order (Doc. 16) on Defendants Edward Simmerson and Scott Norton before January 14, 2009; and,

2.  Within ten (10) days after personal service is effected, the United States Marshal shall file the return of service for Defendants Edward Simmerson and Scott Norton, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said Defendant.  Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the United States Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required.  Cost of these services will be taxed against Defendant Thirakomen in accordance with Rule 4(d)(2) of the Federal Rules of Civil Procedure.

/////

DATED: January 8, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT  JUDGE
Sitting by Designation