IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARMAAL LARONDE SMITH,

    Plaintiff,                    Case No. 2:07-cv-00964 ALA (P)

vs.

LEANN CRONES, et al.,

    Defendants.              **REVISED SCHEDULING ORDER**

_____/

    The scheduling order issued by the Court on March 4, 2009 is hereby revised as follows:

    IT IS HEREBY ORDERED that:

1.     The parties may conduct discovery until **May 22, 2009**. Any motions necessary to compel discovery shall be filed by **May 27, 2009**.

2.     All pretrial motions, except motions to compel discovery, shall be filed on or before **June 23, 2009**. Motions shall be briefed in accordance with Local Rule 78-230(m).

3.     Plaintiff shall file and serve any motions necessary to obtain the attendance of incarcerated witnesses at trial on or before **June 23, 2009**.

4.     Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of unincarcerated witnesses at trial on or before **July 7, 2009**. Defendants shall file their pretrial statement on or before **July 14, 2009**.

The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

5. Pretrial conference (as described in Local Rule 16-282) is set in this case for **July 21, 2009**. The pretrial conference shall be conducted on the file only, without appearance by either party.

6. This matter is set for jury trial before the Honorable Arthur L. Alarcón on **August 4, 2009** at 9:00 a.m. in Courtroom 3 on the 15th floor.

/////

DATED: March 6, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation