IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARMAAL LARONDE SMITH,

      Plaintiff,                           Case No. 2:07-cv-00964 ALA (P)

      vs.

LEANN CRONES, et al.,

      Defendants.                     ORDER
_____/

I

On February 27, 2009, this Court issued an order to show cause why sanctions should not be imposed against the United States Marshal for the Eastern District of California, Antonio C. Amador, for repeated instances of what appears to be his willful noncompliance with this Court's orders.

On March 13, 2009, Marshal Amador filed a response to the order to show cause. In his response, Marshal Amador apologized to the Court, and stated that he believed he had "complied with the intent" of the Court's orders. (Doc. 32). Marshal Amador asserted that he should have communicated with the Court concerning the difficulties he encountered in complying with the Court's orders. While Marshal Amador offered this explanation for some of the delays incurred in complying with the Court's orders concerning the service of process on defendants in this

matter, he has not offered any excuse or an apology for his failure to comply with this Court's earlier order to show cause, issued on February 4, 2009.

Notwithstanding Marshal Amador's misconduct and negligence in failing to comply with three of this Court's orders, the Court will accept his apology. It was disturbing to discover, however, that a United States Marshal did not understand that a court order must be obeyed unless a request has been made to extend the time for compliance based on exigent circumstances. This Court is hopeful that this type of misconduct will not be repeated. The Court assumes that Marshal Amador intends not only to take steps to improve his procedures for serving *in forma pauperis* process, but also to take personal steps to insure that he will timely comply with all court orders, or seek relief from compliance based on exigent circumstances.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's order to show cause why sanctions should not be imposed against the Marshal for repeated instances of what appears to be his willful noncompliance with this Court's orders is HEREBY VACATED.

2. The Clerk shall deliver a copy of this order to:

   John Clark
   Director
   U.S. Marshals Service
   USMS Headquarters
   Crystal Square
   Arlington, VA 20530-1000

   and

   Gerald Auerbach
   General Counsel
   U.S. Marshals Service
   USMS Headquarters
   Crystal Square
   Arlington, VA 20530-1000.

DATED: March 18, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation