IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JARMAAL LARONDE SMITH, | | |
| Plaintiff, | Case No. 2:07-cv-00964 ALA (P) | |
| vs. | | |
| LEANN CRONES, et al., | ORDER | |
| Defendants. | | |

On March 20, 2009, Jarmaal Smith ("Plaintiff") informed this Court that he was transferred to California Substance Abuse Treatment Facility ("CSATF"). (Doc. 34). On April 1, 2009, Plaintiff requested additional time to conduct discovery because he had not received his legal materials after transferring to CSATF. (Doc. 35). Plaintiff based his request on the deadlines set forth in the scheduling order entered on March 4, 2009. (Doc. 28). This Court, however, revised the time permitted to conduct discovery from April 7, 2009, to May 22, 2009. (Doc. 31).

Plaintiff also requested that this Court "order" the California State Prison - Corcoran's warden, a Darral G. Adams, to find and produce the Plaintiff's, Jarmaal Laronde Smith, legal materials that his property officer, officer Yale, received from the Plaintiff on 3-6-09 to be packed with the Plaintiff's other personal cell property that was transferred with the Plaintiff."

PDF created with pdfFactory trial version www.pdffactory.com

(Doc. 35).

Defendants responded to Plaintiff's request for an extension of time to conduct discovery, and specifically addressed the Plaintiff's allegations that he has faced difficulties receiving this Court's orders and his legal materials. (Doc. 37). Defendants have explained that Plaintiff's transfer was the cause of the delay Plaintiff experienced in receiving this Court's orders. *Id.* Defendants also investigated the whereabouts of Plaintiff's property, and determined that the two boxes of Plaintiff's property, including his legal papers, have been transferred to CSATF. *Id.* Defendants have represented to the Court that Plaintiff has now been provided access to his legal materials at CSATF. *Id.*

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for an enlargement of time and request for an injunction are DENIED. (Doc. 35).

/////

DATED: April 13, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

PDF created with pdfFactory trial version www.pdffactory.com