IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARMAAL LARONDE SMITH,

     Plaintiff,                      Case No. 2:07-cv-00964 ALA (P)

    vs.

LEANN CRONES, et al.,              ORDER

     Defendants.
_____/

     On April 15, 2009, Plaintiff filed a notice entitled "Notice of Consent for Referral to Mediation and Stay of Proceedings." He requested a stay of these proceedings for a period of up to sixty days following the date set for a mediation hearing.

     On April 15, 2009, this Court signed an order denying a stay of any of the deadlines set forth in the revised scheduling order dated March 9, 2009. The parties were also requested to inform this Court whether they wished to participate in mediation proceedings. On April 23, 2009, Defendants informed this Court that they declined to participate in mediation.

     Accordingly, it is hereby ordered that this Court will not refer the parties to participate in

/////

/////

/////

1 | a mediation hearing before a Magistrate Judge. The deadlines set forth in this Court's March 9,
2 | 2009 order will not be changed.
3 | /////
4 | DATED: April 28, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation