IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARMAAL LARONDE SMITH, | |
|     Plaintiff, | Case No. 2:07-cv-00964 ALA (P) |
| vs. | |
| LEANN CRONES, et al., | ORDER |
|     Defendants. | |

On April 29, 2009, Plaintiff Jarmaal Smith ("Plaintiff") filed a motion requesting a copy of the local rules for the United States District Court of the Eastern District of California, and "any special rules employed by the judge in this case." (Doc. 46). Plaintiff also requests two subpoena forms. (*Id*.).

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court mail a copy of the local rules for the United States District Court of the Eastern District of California and two blank subpoena forms to: Jarmaal Smith T-76804, California Substance Abuse Treatment Facility, P.O. Box 5246, 900 Quebec Road, Corcoran, CA 93212-5246.

/////

DATED: April 30, 2009          /s/ Arthur L. Alarcón
                                                 UNITED STATES CIRCUIT JUDGE
                                                 Sitting by Designation