IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARMAAL LARONDE SMITH,

    Plaintiff,

vs.

LEANN CRONES, et al.,

    Defendants.

_____/

Case No. 2:07-cv-00964 ALA (P)

ORDER

On May 18, 2009, Plaintiff filed a "Request for Thirty-Day Time Enlargement." (Doc. 49). He requested to extend the deadline for discovery for thirty days in order to receive a response to his request for admission, served on April 12, 2009, and his request for admission and request for production of documents, served on April 19, 2009.

The Court orders Defendants to respond to this request for a time enlargement on or before May 29, 2009. Defendants are ordered to discuss whether they have responded to the discovery requests in their response.

/////

DATED: May 22, 2009

                                                  /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation