IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARMAAL LARONDE SMITH,

    Plaintiff,                              Case No. 2:07-cv-00964 ALA (P)

vs.

LEANN CRONES, et al.,

    Defendants.                        <u>ORDER</u>

_____/

      On May 21, 2009, Plaintiff Jarmaal Laronde Smith ("Plaintiff") filed a request for three copies of a writ of habeas corpus ad testificandum form. (Doc. 51). No such form exists. A writ of habeas corpus ad testificandum, which commands a warden to produce an incarcerated person at a legal proceeding, may only be issued by a Court, and is not a form that prisoners file with the Court.

      Plaintiff fails to indicate the reason for this request. To the extent that Plaintiff seeks these forms to obtain incarcerated witnesses at the August 4, 2009 jury trial, and should this matter proceed to trial, Plaintiff is directed to follow the procedures to obtain the attendance of incarcerated witnesses as set forth in the scheduling order dated March 3, 2009. (Doc. 28). As per this Court's revised scheduling order, dated March 6, 2009, a motion to obtain the attendance of an incarcerated witness is due on or before June 23, 2009. (Doc. 31).

To the extent that Plaintiff sought to prepare a "writ of habeas corpus ad testificandum form" to ensure his attendance at trial, such a motion is unnecessary. Because Plaintiff proceeds *pro se*, this Court will *sua sponte* issue a writ of habeas corpus ad testificandum when, and if, it is appropriate.

Accordingly, Plaintiff's request for three copies of a writ of habeas corpus ad testificandum form is DENIED.

/////

DATED: May 27, 2009

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation