IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARMAAL LARONDE SMITH,

      Plaintiff,                    Case No. 2:07-cv-00964 ALA (P)

   vs.

LEANN CRONES, et al.,              ORDER

      Defendants.

_____/

      On July 8, 2009, this Court ordered non-party High Desert State Prison Warden, Mike McDonald, to file a response to Plaintiff's motion for the issuance of a subpoena duces tecum. (Doc. 62), if any, on or before July 17, 2009. Warden McDonald has filed no opposition or other response to Plaintiff's motion.

      On July 17, 2009, Plaintiff filed a motion to stay the motion for summary judgment filed by Defendant Simmerson, pending Warden McDonald's response to the subpoena duces tecum, requesting certain documents needed by Plaintiff in order to file an opposition to that motion. (Doc. 67).

      Accordingly, good cause showing, it is HEREBY ORDERED THAT:

      1.      Plaintiff's motion for the issuance of a subpoena duces tecum is granted;

      2.      The Clerk is directed to issue and serve the attached subpoena by mail on

1     Mike McDonald, Warden
High Desert State Prison
2     P.O. Box 750
Susanville, CA 96127-0750

3. Defendant Simmerson shall file a response, if any, to Plaintiff's motion to stay Defendant Simmerson's motion for summary judgment, if any, on or before August 3, 2009.

/////

DATED: July 28, 2009

                                     /s/ Arthur L. Alarcón
                                     UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation