IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARMAAL LARONDE SMITH,

    Plaintiff,                       Case No. 2:07-cv-00964 ALA (P)

    vs.

LEANN CRONES, et al.,               ORDER

    Defendants.

_____/

On August 3, 2009, Plaintiff filed a request (doc. 75) for a complete copy of the Eastern District's local rules, 2 blank subpoena forms and "information as to the times and dates for calling each motion calendar of [Judge] Arthur L. Alarcón for each motion that is now pending in this Court" in this matter. On August 3, 2009, this Court filed an order (doc. 73) that the Plaintiff be re-served with Defendant's request to continue the trial date (doc. 60), a Revised Scheduling Order dated July 2, 2009 (doc. 61), and an Order granting Plaintiff's motion for the issuance of a subpoena duces tecum to be served on Mike McDonald (doc. 70).  Accordingly, it is HEREBY ORDERED THAT:

    1.    The Clerk is directed to re-serve the following documents on Plaintiff by mail:

        a.    **Doc. 65**: REVISED SCHEDULING ORDER signed by Senior Judge Arthur L. Alarcón on 7/9/2009 ORDERING Pltf shall file any opposition to 57 the motion for summary judgement on or before 8/10/2009. Dft

Simmerson shall file a reply, if any, to the opposition to the motion for summary judgment on or before 8/17/2009. Pltf shall file and serve any motions necessary to obtain the attendance of incarcerated witnesses at trial on or before 8/17/2009. Pltf shall file and serve his pretrial statement and any motions necessary to obtain the attendance of unincarcerated witnesses at trial on or before 9/8/2009. Dfts shall file their pretrial statement on or before 9/11/2009. Pretrial conference is set in this case for 9/15/2009. The pretrial conference shall be conducted on the file only, without appearance by either party. Jury Trial reset for 9/28/2009 at 01:30 PM in Courtroom 3 before Senior Judge Arthur L. Alarcón. (Reader, L) (Entered: 07/10/2009);

  b. A complete set of the Eastern District local rules, including copies of L.R. 5-133, L.R. 78-230, and L.R. 5-135(a); and

  c. Two blank subpoena forms.

2. Upon receipt of these items, Plaintiff shall immediately file a short written statement informing this Court of the date Plaintiff's mail was received, and confirming that all items listed above were received.

/////

DATED: August 5, 2009

            /s/ Arthur L. Alarcón
            UNITED STATES CIRCUIT JUDGE
            Sitting by Designation