IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARMAAL LARONDE SMITH,

    Plaintiff,                    Case No. 2:07-cv-00964 ALA (P)

    vs.

LEANN CRONES, et al.,           ORDER

    Defendants.

_____/

    On July 28, 2009, this Court filed an order granting Plaintiff's motion to issue a subpoena duces tecum and ordering the Clerk's office to serve a subpoena duces tecum on Warden Mike McDonald.  (Doc 70.)  The subpoena demanded that Warden McDonald produce "All documents from personnel files of Officers Edward Simmerson and Scott Norton that concern or relate to: the alleged Jan.12, 2006 assault on Inmate Jarmaal Smith, as documented in CDC 602 inmate grievance log no. HDSP3-06-248; any investigation into this alleged assault; any adverse action taken against either officer for excessive use of force" by mailing them to Plaintiff by August 10, 2009.

/////

/////

/////

1  On August 27, 2009, Plaintiff filed a pleading stating that Warden McDonald "has now
2  submitted a response" to this Court's subpoena.  (Doc. 86).  Plaintiff is hereby **ORDERED** to
3  file with the Court a copy of Warden McDonald's response to this Court's subpoena duces
4  tecum on or before September 2, 2009.
5  /////
6  DATED: August 28, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT  JUDGE
Sitting by Designation

2