**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARMAAL LARONDE SMITH,<br><br>    Plaintiff,<br>vs.<br><br>LEANN CRONES, et al.,<br><br>    Defendants.<br>_____ / | Case No. 2:07-cv-00964 ALA (P)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE JARMAAL LARONDE SMITH, CDCR #T-76804**<br><br>DATE:     September 28, 2009<br>TIME:     1:00 p.m.<br>LOCATION: Courtroom #3, 15th Floor |

Plaintiff, **JARMAAL LARONDE SMITH**, inmate CDCR # T-76804, a necessary and material party in proceedings in this case on September 28, 2009, is confined at the California Substance Abuse Treatment Facility, 900 Quebec Road, Corcoran, California, in custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #3, 15th Floor, United States Courthouse, 501 "I" Street, Sacramento, California on September 28, 2009, at 1:00 p.m.

**ACCORDINGLY, IT IS ORDERED that**:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of the California Substance Abuse Treatment Facility to produce the inmate named above to appear before United States Circuit Judge Arthur L. Alarcón, sitting by designation in the Eastern District of California, at the time and place above, and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

2. This writ is to be faxed to the Warden at the California Substance Abuse Treatment Facility;

3. The custodian is ordered to notify the court immediately of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this order; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:  The Warden of the California Substance Abuse Treatment Facility:

**WE COMMAND** you to produce the inmate named above to appear before United States Circuit Judge Arthur L. Alarcón, sitting by designation in the Eastern District of California, at the time and place above, and thereafter to return the inmate to the above institution, or other institution as deemed appropriate by the California Department of Corrections and Rehabilitation.



**FURTHER**, you have been ordered to notify the court immediately of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 1, 2009         /s/ Arthur L. Alarcón
                                 UNITED STATES CIRCUIT JUDGE
                                 Sitting by Designation