1  EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
2  VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
3  JAIME M. GANSON, State Bar No. 230206
Deputy Attorney General
4   1300 I Street, Suite 125
P.O. Box 944255
5   Sacramento, CA 94244-2550
Telephone: (916) 324-6421
6   Fax: (916) 324-5205
E-mail: Jaime.Ganson@doj.ca.gov
7  *Attorneys for Defendant Norton*

**FILED**

SEP 30 2009

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

12  **JARMAAL LARONDE SMITH,**            2:07-CV-0964 ALA

13                          Plaintiff,    **STIPULATION AND ORDER**

14        v.

15

16  **LEANN CRONES, et al.,**

17                          Defendants.

18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                          1

1    For purposes of this case, and this case alone, Plaintiff Jarmaal Laronde Smith and

2    Defendant S. Norton stipulate to the following:  (1) After January 12, 2006, up to the present, Mr.

3    Smith has complained to medical care providers that he suffers from migraine headaches; (2)

4    based on his reports or complaints of migraine headaches, Mr. Smith has been prescribed

5    medications for their treatment.

6    **SO STIPULATED.**

7    Dated:  September 30, 2009

8    _____
     Jarmaal Laronde Smith, Plaintiff

9

10   Dated:  September 30, 2009

11   _____
     Jaime M. Ganson,
     Attorney for Defendant Norton

12   **SO ORDERED.**

13   _____
     Honorable Arthur L. Alarcon

14

15   SA2009307640
     30870549.doc

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation  (2:07-CV-0964 ALA)