1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JARMAAL LARONDE SMITH,

11          Plaintiff,                    Case No. 2:07-cv-00964 ALA (P)

12      vs.

13   LEANN CRONES, et al.,                ORDER

14          Defendants.

15   _____/

16          Plaintiff Jarmaal Laronde Smith filed a motion for a new trial on October 13, 2009.

17   Defendant Scott Norton is directed to file a response on or before October 28, 2009.

18   /////

19   DATED: October 14, 2009

20                                        /s/ Arthur L. Alarcón_____
                                          UNITED STATES CIRCUIT  JUDGE
21                                        Sitting by Designation

22

23

24

25

26