IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARMAAL LARONDE SMITH,

      Plaintiff,                        No. CIV S-07-0964 FCD KJM P

    vs.

LeANN CRONES, et al.,

      Defendants.            <u>ORDER</u>

        Months after judgment was entered in this case, plaintiff has filed a motion for a protective order, seeking the return or destruction of his medical records he provided during the course of discovery (docket no. 152). Plaintiff has given no indication that he has simply asked defendants' counsel for the relief he seeks. Regardless, plaintiff is advised that no orders will issue in response to future filings.

DATED: August 30, 2010.

                                                 U.S. MAGISTRATE JUDGE

2

smit0964.58